IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL P. STALEY,** | ) |
| Plaintiff, | ) |
| VS. | ) CV NO. 04-4164-JPG |
| **CREDIT SOLUTIONS CORP.,** a California Corporation, | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

**GILBERT, U. S. District Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   May 3, 2006

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans
Deputy Clerk


APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE